

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00311-CV

RELIANCE ENGINEERING AND        APPELLANT
ENVIRONMENTAL SERVICES, LLC

V.

7-ELEVEN, INC.        APPELLEE

------------

### FROM THE 96TH DISTRICT COURT OF TARRANT COUNTY
### TRIAL COURT NO. 096-266887-13

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered appellant's unopposed "Motion To Dismiss Interlocutory Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

---

[1]*See* Tex. R. App. P. 47.4.

Costs of the appeal shall be paid by appellant, for which let execution issue.  *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL:  WALKER, MCCOY, and MEIER, JJ.

DELIVERED:  November 6, 2014